| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 4<br>Document # ____ |

--------------------------------------------------------------

Alexander Maltezos

USCA NO. _____

-v-

SDNY NO. 07cv3000
JUDGE: ____KMW____
DATE: __6 / 18 / 2007__

Hellenic Republic

--------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam Dulal_____

FIRM _____APPEALS SECTION_____

ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__

PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------

DOCUMENTS                                                                              DOC#

_____Clerk's Certificate_____

_____See Attached List of Numbered Documents_____

_____Only Circled Documents Included_____

( √ ) Original Record                                              ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __18th__ Day of __June__, 2007.

**United States District Court for
the Southern District of New York**

-----------------------------------------------------------

Alexander Maltezos

-V-

Hellenic Republic

-----------------------------------------------------------

Date: 5 / 18 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv3000__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**            **Document Description**

_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __18th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____

**Deputy Clerk**

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-03000-KMW
## Internal Use Only

Maltezos v. Hellenic Republic  
Assigned to: Judge Kimba M. Wood  
Case in other court: USDC-EDNY, 1:07-cv-0332 (SJF)  
Cause: 28:1331 Fed. Question: Other

Date Filed: 04/16/2007  
Date Terminated: 04/16/2007  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | CASE TRANSFERRED IN from the United States District Court - Eastern District of New York; Case Number: 07-cv-332 (SJF). Document filed by Alexander Maltezos. (laq) (Entered: 04/19/2007) |
| 04/16/2007 |   | Magistrate Judge Debra Freeman is so designated. (laq) (Entered: 04/19/2007) |
| 04/16/2007 | 2 | ORDER OF DISMISSAL,,, The Clerk of Court is directed to assign a new docket number to thsi case. As plaintiff brings a non-meritorious action, however, his motion for leave to file a new complaint is denied. This Court's abovementioned October 10, 2001 judgement, barring plaintiff from filing any further actions in this Court without first obtaining the Court's permission to do so, remains in effect. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/19/2007) |
| 05/01/2007 | 3 | NOTICE OF APPEAL from [2] Order Dismissing Complaint (I.F.P.), Order Dismissing Complaint (I.F.P.), Order Dismissing Complaint (I.F.P.). Document filed by Alexander Maltezos. Copies mailed to the attorney of record: (None) (Sua Sponte). (dt) (Entered: 06/18/2007) |
| 05/01/2007 |   | Appeal Remark as to [3] Notice of Appeal filed by Alexander Maltezos. I.F.P. REVOKED 4/16/07. $455.00 APPEAL FILING FEE DUE. (dt) (Entered: 06/18/2007) |
| 06/18/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [3] Notice of Appeal. (dt) (Entered: 06/18/2007) |
| 06/18/2007 |   | Transmission of Notice of Appeal to the District Judge re: [3] Notice of Appeal. (dt) (Entered: 06/18/2007) |