MANDATE

S.D.N.Y.-N.Y.C.
07-cv-3000
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of November, two thousand seven,

Present:

      Hon. Roger J. Miner,
      Hon. Reena Raggi,
             *Circuit Judges,*
      Hon. Jed S. Rakoff,*
             *District Judge.*



---

Alexander Maltezos,

          *Plaintiff-Appellant,*

      v.

Hellenic Republic,

          *Defendant-Appellee.*

07-2647-cv

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and appointment of counsel. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is

---

    *The Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, sitting by designation.

NOV - 6 2007

ISSUED AS MANDATE: 11-30-07

DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
DEPUTY CLERK

2